OPINION — AG — QUESTION: "DOES THIS AMENDMENT BROADEN THE EXEMPTION NOW AFFORDED TRUST PROPERTY?" — AFFIRMATIVE KEY WORDS OF AMENDMENT: REAL OR PERSONAL PROPERTY, INDUSTRIAL DEVELOPMENT, PUBLIC TRUSTS, LAND DEVELOPMENT, POLITICAL SUBDIVISION CITE: 60 O.S. 1961 176 [60-176], 60 O.S. 1961 176-180 [60-176] — [60-180], 60 O.S. 1965 Supp., 180.1 [60-180.1], 60 O.S. 1965 Supp., 180.2 [60-180.2] 62 O.S. 1961 361 [62-361], 19 O.S. 1965 Supp., 215.4 [19-215.4] 19 O.S. 1965 Supp., 215.5 [19-215.5], 60 O.S. 1961 382 [60-382] ARTICLE X, SECTION 6, ARTICLE X, SECTION 35 (SAM MOORE) FILENAME: m0000952 SENATOR TED C. FINDEISS ATTORNEY GENERAL OF OKLAHOMA — OPINION APRIL 17, 1967 OPINION — AG — QUESTION: "DOES THIS AMENDMENT BROADEN THE EXEMPTION NOW AFFORDED TRUST PROPERTY?" — AFFIRMATIVE KEY WORDS OF AMENDMENT: REAL OR PERSONAL PROPERTY, INDUSTRIAL DEVELOPMENT, PUBLIC TRUSTS, LAND DEVELOPMENT, POLITICAL SUBDIVISION CITE: 60 O.S. 1961 176 [60-176], 60 O.S. 1961 176-180 [60-176] — [60-180], 60 O.S. 1965 Supp., 180.1 [60-180.1], 60 O.S. 1965 Supp., 180.2 [60-180.2] 62 O.S. 1961 361 [62-361], 19 O.S. 1965 Supp., 215.4 [19-215.4], 19 O.S. 1965 Supp., 215.5 [19-215.5], 60 O.S. 1961 382 [60-382], ARTICLE X, SECTION 6, ARTICLE X, SECTION 35 (SAM MOORE)